**Christopher RICHARDS, Plaintiff–Appellant,**

v.

**William MUSE, Chairman; Harold W. Clarke, Director, Defendants–Appellees.**

No. 14–7343.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 27, 2015.

Christopher Richards, Appellant Pro Se. James Milburn Isaacs, Jr., Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Richards seeks to appeal the district court's order denying Richards' motions for production of documents and appointment of counsel in his 42 U.S.C. § 1983 (2012) civil rights action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Richards seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*